UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALIGN TECHNOLOGY, INC.,**<br><br>   Plaintiff,<br><br>   v.<br><br>**MARKET AMERICA, INC., ET AL.,**<br><br>   Defendants. | Case No.  15-cv-05125-YGR<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME AND SETTING COMPLIANCE HEARING**<br><br>Re: Dkt. No. 18 |

Plaintiff moves to extend its deadline to serve its complaint to March 8, 2016, indicating the parties have tentatively settled the above-captioned dispute. (Dkt. No. 18.) Good cause shown, the motion is **GRANTED**. The complaint in this action shall be served by **March 8, 2016**.

A compliance hearing regarding the same shall be held on Friday, **March 18, 2016**, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

By **March 11, 2016**, plaintiff shall file either: (1) a notice of dismissal; (2) a statement indicating whether the complaint has been served on defendants; or (c) a one-page statement setting forth an explanation for its failure to comply. If compliance is complete, no appearance is required and the compliance hearing will be taken off calendar. Failure to do so may result in sanctions.

This Order terminates Docket Number 18.

**IT IS SO ORDERED.**

Dated: February 2, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**