IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

2/22/2016

1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   HAROLD J. MILSTEIN, Cal. Bar No. 145074
3  hmilstein@sheppardmullin.com
   JAMES M. CHADWICK, Cal. Bar No. 157114
4  jchadwick@sheppardmullin.com
   CHELSEAA BUSH, Cal. Bar No. 228771
5  cbush@sheppardmullin.com
   379 Lytton Avenue
6  Palo Alto, California  94301
   Telephone:    650-815-2600
7  Facsimile:    650-815-2601

8  Attorneys for Plaintiff
   ALIGN TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| ALIGN TECHNOLOGY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARKET AMERICA, INC., a North Carolina corporation, and LOREN RIDINGER, an individual,<br><br>Defendants. | Case No. 4:15-cv-05125-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |
|---|---|

1    TO THE HONORABLE COURT:

2    The parties to this action have now reached a full settlement of the subject matter of this

3 lawsuit.  Plaintiff Align Technologies, Inc. ("Align"), by its counsel, hereby voluntarily dismisses

4 this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

6   Dated:  February 18, 2016           Respectfully submitted,

7                                       SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

9                                       By        */s/ James M. Chadwick*
10                                                HAROLD J. MILSTEIN
                                                  JAMES M. CHADWICK
11                                                CHELSEAA BUSH
                                                  Attorneys for Plaintiff
12                                                ALIGN TECHNOLOGY, INC.